Pearson, C. J.
 

 A debtor in embarrassed circumstances cannot divest himself, as against his creditors, of the title to any portion of his estate by a voluntary conveyance. To make the transfer valid against creditors, it must be
 
 Iona fide
 
 and for a valuable consideration.
 

 If a debtor executes a bill of sale for a slave and admits therein the receipt of the purchase-money, such admission is
 
 *66
 
 not evidence against a creditor of the payment of the consideration ;
 
 Claywell
 
 v. McGimpsey, 4 Dev. Rep. 89.
 

 This principle is settled. In our case, the assignment of the note does not purport to be for value, and there is not even an admission by the debtor at the time of the supposed transfer, that the price was paid. The only attempt to prove a valuable consideration was by showing the naked declaration of the debtor at the time he handed the note to Mr. Stanly, when he said
 
 “
 
 the note was the property of Archibald, and that he had
 
 sold it to Mm some months
 
 before.” If the admission of a debtor at the time he executes a conveyance, and. as a part of it, that he had received a valuable consideration, is not evidence of that fact, as against a creditor, of course, a naked declaration made by him some months after-wards, is no evidence of the fact.
 

 It follows that the alledged assignment of the note was void as to creditors. There is no error.
 

 Per Curiam,
 

 Judgment affirmed.